| | |
|---|---|
| 1 | BARRACK, RODOS & BACINE |
| | STEPHEN R. BASSER (121590) |
| 2 | sbasser@barrack.com |
| | JOHN L. HAEUSSLER (215044) |
| 3 | jhaeussler@barrack.com |
| | One America Plaza |
| 4 | 600 West Broadway, Suite 900 |
| | San Diego, CA 92101 |
| 5 | Telephone: (619) 230-0800 |
| | Facsimile: (619) 230-1874 |
| 6 | |
| | [Additional counsel listed on signature page] |
| 7 | |
| | Attorneys for Plaintiffs |
| 8 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS AND SILVIA MARTINEZ, on behalf of themselves and all other similarly situated, | ) ) ) | Case No.: 08-cv-00499-L-WMC |
| Plaintiffs, | ) ) | NOTICE OF CHANGE OF ADDRESS |
| vs. | ) | |
| FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, NATIONAL TITLE INSURANCE OF NEW YORK, INC., SECURITY UNION TITLE INSURANCE COMPANY, THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, UNITED GENERAL TITLE INSURANCE COMPANY, LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, TRANSNATION TITLE INSURANCE COMPANY, STEWART TITLE GUARANTY COMPANY and STEWART TITLE INSURANCE COMPANY | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1     PLEASE TAKE NOTICE that effective July 12, 2008, Barrack, Rodos & Bacine has
2 relocated its San Diego office to the following address:

3     Barrack, Rodos & Bacine
    One America Plaza
4     600 West Broadway, Suite 900
    San Diego, CA 92101
5

6     The firm's telephone, fax number and e-mail addresses remain the same.

7 DATED: July 16, 2008                                BARRACK, RODOS & BACINE
                                                               STEPHEN R. BASSER
8                                                                 JOHN L. HAEUSSLER

9

10                                                                _____
                                                                JOHN L. HAEUSSLER
11
                                                               One America Plaza
12                                                                600 West Broadway, Suite 900
                                                              San Diego, CA 92101
13                                                               Telephone: (619) 230-0800
                                                              Facsimile: (619) 230-1874
14

15                                                               BARRACK, RODOS & BACINE
                                                              GERALD J. RODOS
16                                                               JEFFREY GITTLEMAN
                                                              3300 Two Commerce Square
17                                                               2001 Market Street
                                                              Philadelphia, PA 19103
18                                                               Telephone: (215) 963-0600
                                                              Facsimile: (215) 963-0838
19
                                                              Attorneys for Plaintiffs Louis and Silvia
20                                                               Martinez

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

*Martinez v. Fidelity, et al.*
Case No.: 08-cv-00499-L-WMC

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101; and that on July 16, 2008, I served a true copy of the attached:

## NOTICE OF CHANGE OF ADDRESS

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☐ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY FEDERAL EXPRESS:** I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It was deposited with Federal Express on that same day in the ordinary course of business and there is a regular communication via Federal Express between the place of mailing and the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of July, 2008.

_____
KRISTIN A. ISBELL

## SERVICE LIST
### California Title Insurance

**Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY**

James I. Serota (serotaj@gtlaw.com)
Kenneth Lapatine (lapatinek@gtlaw.com)
Stephen L. Saxl (saxls@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**Attorneys for Defendant NATIONAL TITLE INSURANCE OF NEW YORK, INC**

Margaret A. Keane (mkeane@dl.com)
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

**Defendants**

Fidelity National Financial, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Fidelity National Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Ticor Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Ticor Title Insurance Company of Florida
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Chicago Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Security Union Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

| | |
|---|---|
| Landamerica Financial Group, Inc.<br>5600 Cox Road<br>Glen Allen, VA 23060 | Commonwealth Land Title Insurance Corp.<br>c/o Capital Corporate Services, Inc.<br>455 Capitol Mall, Suite 217<br>Sacramento, CA 95814 |
| Lawyers Title Insurance Corporation<br>c/o Capital Corporate Services, Inc.<br>455 Capitol Mall, Suite 217<br>Sacramento, CA 95814 | Transnation Title Insurance Company<br>c/o Capital Corporate Services, Inc.<br>455 Capitol Mall, Suite 217<br>Sacramento, CA 95814 |
| Stewart Title Guaranty Company<br>c/o Geri Kaye<br>1101 Civic Drive<br>Walnut Creek, CA 94596 | Stewart Title Insurance Company<br>c/o Geri Kaye<br>1101 Civic Drive<br>Walnut Creek, CA 94596 |