FILED

JUL 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS AND SILVIA MARTINEZ, on behalf of themselves and all other similarly situated,<br><br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL FINANCIAL, INC.; FIDELITY NATIONAL TITLE INSURANCE CO.; TICOR TITLE INSURANCE CO.; TICOR TITLE INSURANCE CO. OF FLORIA; CHICAGO TITLE INSURANCE CO.; NATIONAL TITLE INSURANCE OF NEW YORK, INC.; SECURITY UNION TITLE INSURANCE CO.; THE FIRST AMERICAN CORP.; FIRST AMERICAN TITLE INSURANCE CO.; UNITED GENERAL TITLE INSURANCE CO.; LANDAMERICA FINANCIAL GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE CO.; LAWYERS TITLE INSURANCE CO.; TRANSNATION TITLE INSURANCE CORP.; TRANSNATION TITLE INSURANCE CO.; STEWART TITLE GUARANTY CO. and STEWART TITLE INSURANCE CO.,<br><br>Defendant. | CASE NO. 08CV0499-L(WMC)<br><br><br><br><br>NOTICE OF HEARING |

Please take notice that the above-entitled action has been placed on the calendar of the Honorable M. JAMES LORENZ on AUGUST 25, 2008 at 10:30, in courtroom 14, at the U.S. District Courthouse, 940 Front Street, San Diego, California.

__XX__ **FOR DISMISSAL FOR WANT OF PROSECUTION** under Rule 4(m) of the Federal Rules of Civil Procedure which provides that an action be dismissed as to all named defendants not served with the summons and complaint within 120 days of the filing date, absent a showing of good cause why such service was not made. The filing of a proof of service, showing that service was accomplished within 120 days of the filing date, seven (7) days prior to the above hearing date shall result in the removal of this matter from the court's calendar.

_____ **FOR DISMISSAL FOR FAILURE TO MOVE FOR DEFAULT JUDGMENT** under Local Rule 55.1 for failure to move for default judgment within thirty (30) days of the entry of a default.

W. SAMUEL HAMRICK, JR., CLERK

S. Volkert

by:     S. Volkert
        Courtroom Deputy
        619-557-6414