# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.:   08cv499-L(WMC)   CASE TITLE: *Martinez v. Fidelity Nat'l Financial, Inc. et al.*
E-FILED DATE:  8/7/08    DOCKET NO.:  7
DOCUMENT TITLE:    Unopposed Motion to Transfer Venue
DOCUMENT FILED BY:    Plaintiff

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| x | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|   | ECF § 2(h) | Includes a proposed order or requires judge's signature |
|   | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|   | ECF § 2(f) | Lacking proper signature |
|   | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
|   | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | Civ. L. Rule 7.1 or 47.1 | Lacking notice of motion and motion as a separate document |
|   | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
|   | Civ. L. Rule 7.1 | Missing table of contents and table of authorities |
|   | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
|   | ECF § 2(g) | Should have been filed as an attachment |
| X | Fed. R. Civ. P. 5(a) | OTHER: Insufficient proof of service: lacking service list; service by e-filing insufficient for defendants who have not yet appeared (ECF § 2(d)). |

**IT IS HEREBY ORDERED**:

|   | The documents are accepted despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
|---|---|
| X | The documents are rejected.  It is ordered that the Clerk **STRIKE** the documents from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED:  August 8, 2008

*M. James Lorenz*
M. James Lorenz
United States District Court Judge