1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  LOUIS AND SILVA MARTINEZ, on          )    Civil No. 08cv499-L(WMc)
    behalf of themselves and all other    )
    similarly situated,                   )    **ORDER GRANTING PLAINTIFFS'**
12                                         )    **EX PARTE APPLICATION FOR**
                          Plaintiffs,      )    **ORDER TO SHORTEN TIME AND**
13                                         )    **BRIEFING SCHEDULE**
    v.                                     )
14                                         )
    FIDELITY NATIONAL FINANCIAL,           )
15  INC., *et al.,*                        )
                                           )
16                        Defendants.      )
                                           )
17  _____

18        Plaintiffs filed an ex parte application for an order to shorten time on their motion to

19  transfer venue to the Northern District of California.  For good cause having been shown,

20  Plaintiffs' application is **GRANTED**.  **IT IS HEREBY ORDERED** as follows:

21        1.  No later than August 12, 2008, Plaintiffs shall file their motion to transfer venue with a

22  proper proof of service and in compliance with the local rules of this District.  (*See* Notice of

23  Document Discrepancies and Order Thereon, filed concurrently herewith.)

24        2.  No later than August 15, 2008, Defendants shall file an opposition or notice of non-

25  opposition, if any, to Plaintiffs' motion to change venue.

26        3.  No later than August 19, 2008, Plaintiffs shall file a reply, if any.

27        4.  Upon filing the foregoing, the parties shall await further other of this court.

28  / / / / /

08cv499

1      5.  The hearing date of Plaintiffs' motion to transfer venue, currently set for September 2,

2   2008 at 10:30 a.m. is hereby **VACATED**.

3      6.  Immediately upon receipt of this order, Plaintiffs shall serve it on Defendants by

4   means reasonably calculated to reach them no later than Monday, August 12, 2008.

5      **IT IS SO ORDERED**.

6

7   DATED:  August 8, 2008

8                                                      _____
                                                       M. James Lorenz

9                                                      United States District Court Judge

    COPY TO:
10
    HON. WILLIAM McCURINE, Jr.
11  UNITED STATES MAGISTRATE JUDGE

12  ALL PARTIES/COUNSEL

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28