1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   One America Plaza
4  600 West Broadway, Suite 900
   San Diego, CA  92101
5  Telephone:  (619) 230-0800
   Facsimile:   (619) 230-1874
6
   [Additional counsel listed on signature page]
7
   Attorneys for Plaintiffs
8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

12  LOUIS  AND  SILVIA  MARTINEZ,  on       )  Case No.:  08-cv-00499-L-WMC
    behalf of themselves and all other similarly )
13  situated,                                )
                                             )
14              Plaintiffs,                   )  NOTICE OF PLAINTIFFS' UNOPPOSED
                                             )  MOTION AND MOTION TO TRANSFER
15              vs.                           )  VENUE
                                             )
16  FIDELITY NATIONAL FINANCIAL,             )
    INC., FIDELITY NATIONAL TITLE            )
17  INSURANCE COMPANY, TICOR TITLE           )
    INSURANCE COMPANY, TICOR TITLE           )
18  INSURANCE COMPANY OF FLORIDA,            )
    CHICAGO TITLE INSURANCE                  )
19  COMPANY, NATIONAL TITLE                  )
    INSURANCE OF NEW YORK, INC.,             )
20  SECURITY UNION TITLE INSURANCE           )
    COMPANY, THE FIRST AMERICAN              )
21  CORPORATION, FIRST AMERICAN              )
    TITLE INSURANCE COMPANY,                 )
22  UNITED GENERAL TITLE INSURANCE           )
    COMPANY, LANDAMERICA                     )
23  FINANCIAL GROUP, INC.,                   )
    COMMONWEALTH LAND TITLE                  )
24  INSURANCE COMPANY, LAWYERS               )
    TITLE INSURANCE CORPORATION,             )  SPECIAL BRIEFING SCHEDULE
25  TRANSNATION TITLE INSURANCE              )  ORDERED
    COMPANY, STEWART TITLE                   )
26  GUARANTY COMPANY and STEWART             )
    TITLE INSURANCE COMPANY                  )
27                                           )  ORAL ARGUMENT NOT REQUIRED
                Defendants.                  )
28  _____ )

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Plaintiffs Louis and Silvia Martinez ("Plaintiffs") will,

3    and hereby move the Court for an Order to Transfer Venue to the Northern District of

4    California.

5    This motion is based upon this Notice of Plaintiffs' Unopposed Motion and Motion to

6    Transfer Venue, the Memorandum of Points and Authorities in support thereof, the Declaration

7    of John L. Haeussler in Support of Unopposed Motion to Transfer Venue and any supplemental

8    memorandum filed by counsel and oral argument made by counsel in connection herewith.

9

10    DATED:  August 11, 2008                     Respectfully submitted,

11                                                BARRACK, RODOS & BACINE
                                                  STEPHEN R. BASSER
12                                                JOHN L. HAEUSSLER

13
                                                  _____/s/ John L. Haeussler_____
14                                                     JOHN L. HAEUSSLER

15                                                One America Plaza
                                                  600 West Broadway, Suite 900
16                                                San Diego, CA  92101
                                                  Telephone:  (619) 230-0800
17                                                Facsimile:  (619) 230-1874

18
                                                  BARRACK, RODOS & BACINE
19                                                GERALD J. RODOS
                                                  JEFFREY GITTLEMAN
20                                                3300 Two Commerce Square
                                                  2001 Market Street
21                                                Philadelphia, PA  19103
                                                  Telephone:  (215) 963-0600
22                                                Facsimile:  (215) 963-0838

23                                                Attorneys for Plaintiffs Louis and Silvia
                                                  Martinez
24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2
*Martinez v. Fidelity, et al.*
Case No.: 08-cv-00499-L-WMC

3

4          I, the undersigned, state that I am employed in the City and County of San Diego, State
of California; that I am over the age of eighteen (18) years and not a party to the within action;

5   that I am employed at Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway,
Suite 900, San Diego, California 92101; and that on August 11, 2008, I served true copies of the

6   attached:

7      **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION AND MOTION TO
       TRANSFER VENUE**

8

9   to the parties listed on the attached Service List by the following means of service:

10  ☒   **BY E-FILE:**  I electronically filed the foregoing with the Clerk of the Court using the
         CM/ECF system.

11
    ☒   **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List,

12       on the above-mentioned date.

13  ☐   **BY MAIL:**   I placed true copies in a sealed envelope with postage thereon fully
         prepaid and addressed to the parties listed on the attached Service List, on the above-

14       mentioned date.  I am familiar with the firm's practice of collection and processing
         correspondence for mailing.  It is deposited with the U.S. Postal Service on that same

15       day in the ordinary course of business and there is a regular communication by mail

16       between the place of mailing and the place so addressed.

17  ☒   **BY UPS:**    I placed a true copy in a sealed envelope and addressed to the parties
         listed on the attached Service List, on the above-mentioned date.  It was deposited with

18       UPS on that same day in the ordinary course of business and there is a regular

19       communication via UPS between the place of mailing and the place so addressed.

20

21          I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.  Executed this 11th day of August, 2008.

22

23

24                                                    _____
                                                         CINDY ORIHUELA

25

26

27

28

NOT. OF PLS.' UNOPPOSED MOTION AND MOTION TO TRANSFER VENUE
Case No.: 08-cv-00499-L-WMC

## SERVICE LIST
## California Title Insurance

**Attorneys for Defendants THE FIRST
AMERICAN CORPORATION, FIRST
AMERICAN TITLE INSURANCE COMPANY,
and UNITED GENERAL TITLE INSURANCE
COMPANY**

James I. Serota, Esq. (serotaj@gtlaw.com)
Kenneth Lapatine, Esq. (lapatinek@gtlaw.com)
Stephen L. Saxl, Esq. (saxls@gtlaw.com)
Anastasia Angelova, Esq. (angelovaa@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400

**Attorney for Defendants FIDELITY NATIONAL
FINANCIAL, INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY, TICOR TITLE
INSURANCE COMPANY, TICOR TITLE
INSURANCE COMPANY OF FLORIDA,
CHICAGO TITLE INSURANCE COMPANY
AND SECURITY UNION TITLE INSURANCE
COMPANY**

Bryan Sullivan, Esq. (bsullivan@chrisglase.com)
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL
& SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7819
Facsimile:  (310) 556-2920

**Attorney for Defendants LANDAMERICA
FINANCIAL GROUP, INC., COMMONWEALTH
LAND TITLE INSURANCE CORP., LAWYERS
TITLE INSURANCE CORPORATION AND
TRANSNATION TITLE INSURANCE
COMPANY**

Phillip E. Stano, Esq. (phillip.stano@sutherland.com)
SUTHERLAND
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone: (202) 383-0261
Facsimile:  (202) 637-3563

**Attorney for Defendants STEWART TITLE
GUARANTY COMPANY AND STEWART
TITLE INSURANCE COMPANY**

Samuel R. Miller, Esq. (srmiller@sidley.com)
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile:  (415) 772-7400

1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   One America Plaza
4  600 West Broadway, Suite 900
   San Diego, CA 92101
5  Telephone: (619) 230-0800
   Facsimile: (619) 230-1874
6
   [Additional counsel listed on signature page]
7
   Attorneys for Plaintiffs
8

9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11

12  LOUIS AND SILVIA MARTINEZ, on   )   Case No.: 08-cv-00499-L-WMC
    behalf of themselves and all other similarly   )
13  situated,                        )
                                     )
14           Plaintiffs,             )   MEMORANDUM OF POINTS AND
                                     )   AUTHORITIES IN SUPPORT OF
15           vs.                     )   PLAINTIFFS' UNOPPOSED MOTION TO
                                     )   TRANSFER VENUE
16  FIDELITY NATIONAL FINANCIAL,     )
    INC., FIDELITY NATIONAL TITLE    )
17  INSURANCE COMPANY, TICOR TITLE   )
    INSURANCE COMPANY, TICOR TITLE   )
18  INSURANCE COMPANY OF FLORIDA,    )
    CHICAGO TITLE INSURANCE          )
19  COMPANY, NATIONAL TITLE          )
    INSURANCE OF NEW YORK, INC.,     )
20  SECURITY UNION TITLE INSURANCE   )
    COMPANY, THE FIRST AMERICAN      )
21  CORPORATION, FIRST AMERICAN      )
    TITLE INSURANCE COMPANY,         )
22  UNITED GENERAL TITLE INSURANCE   )
    COMPANY, LANDAMERICA            )
23  FINANCIAL GROUP, INC.,           )
    COMMONWEALTH LAND TITLE          )
24  INSURANCE COMPANY, LAWYERS       )
    TITLE INSURANCE CORPORATION,     )
25  TRANSNATION TITLE INSURANCE      )   SPECIAL BRIEFING SCHEDULE
    COMPANY, STEWART TITLE           )   ORDERED
26  GUARANTY COMPANY and STEWART     )
    TITLE INSURANCE COMPANY          )
27                                   )   ORAL ARGUMENT NOT REQUIRED
                                     )
             Defendants.             )
28

1    Plaintiffs, by their attorneys, move this Court, pursuant to 28 U.S.C.A. § 1404(a), for an

2    order transferring this case to the United States District Court for the Northern District of

3    California to be consolidated with *In Re California Title Insurance Antitrust Litigation,* Case

4    No. 08-1341-JSW, currently pending before the Hon. Jeffrey S. White. Defendants do not

5    oppose the transfer sought in the accompanying Unopposed Motion to Transfer Venue. *See*

6    Declaration of John L. Haeussler, Esq. ("Haeussler Decl.") attached hereto.

7    **I.    INTRODUCTION**

8    On March 10, 2008, plaintiff Lynn Barton filed a lawsuit in the Northern District of

9    California alleging a price-fixing conspiracy by defendant title insurers ("Title Insurers"). This

10   was the first filed action in California alleging a price fixing conspiracy by defendants.

11   Subsequently a number of other cases making nearly identical allegations were filed in the

12   Northern, Central and Southern Districts of California, including this action.

13   In addition, over 40 putative class actions were filed in the District Courts throughout

14   the United States alleging price-fixing conspiracies in various states. On March 25, 2008,

15   Plaintiffs in three putative class action cases filed in New York alleging price-fixing by Title

16   Insurers, filed a motion with the Judicial Panel on Multidistrict Litigation (the "Panel")

17   requesting consolidation of all related actions against the defendants that were pending in the

18   various district courts around the country. After briefing and oral argument, the Panel declined

19   to consolidate the cases.[1]

20   Subsequent to the Panel's decision not to consolidate, the parties in all the related

21   actions pending in the California Federal Courts have agreed to consolidate all such actions in

22   the Northern District where the first of such actions was filed. Plaintiff in the first filed

23   California action filed an unopposed motion to consolidate similar cases pending in the

24   Northern District of California before the Hon. Jeffrey S. White. On July 24, 2008, Judge

25   White granted the motion and further ordered that related actions pending in the other districts

26   in California, including this action "... be consolidated for all purposes... upon the transfer of

27   _____

28   [1]    The Panel's June 9, 2008 Order Denying Transfer (under § 1407) suggested that "[t]he
     parties can avail themselves of alternatives to transfer, which may include seeking consolidation

---

1

1  such case[] to this District." *See* Haeussler Decl., Ex. A.  Judge White also ordered that the

2  consolidated actions be renamed: *In re California Title Insurance Antitrust Action.  Id.*

3      In order to forestall unnecessary expenses and preserve the resources of the parties, in

4  addition to concerns over judicial economy, Plaintiffs in this action waited for the decision of

5  the Panel, and subsequently the determination of the consolidation motion before Judge White,

6  before proceeding with further action in this case and with the instant motion.  Given the most

7  recent consolidation order in the Northern District of California, ordering this action to be

8  consolidated with the first filed action in California along with numerous other cases pending in

9  California federal courts upon transfer to the Northern District, and given the desire to preserve

10  the resources of the parties, witnesses, and in the interests of judicial economy, Plaintiffs

11  request that the Court grant this unopposed motion to transfer to the Northern District of

12  California where it will be consolidated with *In Re California Title Insurance Antitrust*

13  *Litigation.*

14  **II.    BACKGROUND**

15      There are currently at least ten related title insurance Sherman Act Section 1 antitrust

16  class-action lawsuits pending in California Federal Courts ("California Actions") - five in the

17  Northern District of California, four in the Central District of California, and one in the

18  Southern District of California.  The California Actions all allege that defendant title insurers

19  engaged in anticompetitive conduct in violation of Section 1 of the Sherman Antitrust Act of

20  1890, 15 U.S.C. § 1. The California Actions present substantially similar, if not identical,

21  factual and legal issues, including:

22      ●   Whether the Title Insurers engaged in a combination or conspiracy to raise,

23            maintain, and/or stabilize title insurance premiums in the four years prior to the

24            filing of the complaints (the "Class Period");

25      ●   The duration of the conspiracy and the nature and the character of the acts

26            performed by the Title Insurers in furtherance of the Conspiracy during the Class

27            Period;

28  _____

of  actions pending in multiple districts within the same state, to minimize whatever possibilities

2

1    • Whether the Title Insurers' conduct caused injury to the business or property of

2    plaintiffs and the putative class members who purchased title insurance in

3    California during the Class Period;

4    • The appropriate measures of damages sustained by plaintiffs and the putative

5    class members who purchased title insurance in California during the Class

6    Period; and

7    • Whether plaintiffs are entitled to injunctive relief.

8    The California Actions involve the same defendants and name the same co-conspirators.

9    All the California Actions will involve similar issues related to motions to dismiss, class

10   certification, and summary judgment. Moreover, the same discovery and damage analyses will

11   be relevant to all California Actions.  In the interest of efficiency and judicial economy, the

12   plaintiffs respectfully request that this Court transfer this action to the Northern District of

13   California to be consolidated with *In Re California Title Insurance Antitrust Litigation.*

14   **III.    TRANSFER OF THIS CASE TO THE NORTHERN DISTIRCT OF**
     **CALIFORNIA   WILL   PROMOTE   EFFICIENCY   AND   AVOID**
15   **UNNECESSARY COST AND DELAY**

16   28 U.S.C.A. § 1404(a) allows this Court to order transfer of actions: "[f]or the

17   convenience of parties and witnesses, in the interest of justice, a district court may transfer any

18   civil action to any other district or division where it might have been brought." 28 U.S.C.A. §

19   1404(a).  The power of the Court is limited to those districts where the case "might have been

20   brought."  *See American Standard, Inc. v. Bendix Corp.*, 487 F. Supp. 254, 261 (W.D. Mo.

21   1980) (citing 1 Moore's Federal Practice P 0.145 (6.-1), l.c. 1636 (2d ed. 1979)). ("A district or

22   division is one where the action "might have been brought" if, when the action began, (a) the

23   proposed transferee district court would have had subject matter jurisdiction over the action, (b)

24   venue would have been proper there, and (c) the defendant would have been amenable to

25   process issuing out of the transferee district court").

26   Here, this action "might have been brought" in the Northern District of California, as it

27   makes antitrust claims that affect purchasers of title insurance throughout California and thus

28

there may be of duplicative discovery and/or inconsistent pretrial rulings."

has subject matter jurisdiction that allows it to be brought in any Federal Court in California. When this action began, venue would have been proper in the Northern District of California under Section 12 of the Clayton Anti-Trust Act because the defendant corporations were found and transacted business in the Northern District of California. Finally, when this action began the defendants would have been amenable to process issuing out of the United States District Court of the Northern District of California. Therefore this case "might have been brought" in the Northern District of California.

1404(a) allows for the transfer of a case to another forum"[f]or the convenience of parties and witnesses." In fact, "[t]he most important factor in passing on a motion for transfer under § 1404(a) is the convenience of witnesses." *American Standard,* 487 F. Supp. at 262. Transferring this case to the Northern District of California will surely benefit the convenience of the witnesses by allowing witnesses to appear in only one forum. This will avoid harassment of witnesses from inquiries in multiple proceedings. It is also convenient to the parties, as all parties support the transfer of this case to the Northern District of California. *See* Haeussler Decl.

1404(a) also considers the "interest of justice," a factor that is often interpreted to mean efficient use of judicial resources and avoidance of unnecessary waste and expense. *See Smithkline Corp. v. Sterling Drug, Inc.* 406 F. Supp. 52, 55 (D. Del. 1975) ("One of the prime components of the 'interest of justice' is the maintenance of sound judicial administration…Central to efficient and effective judicial administration is a policy, implied in section 1404(a), of proper conservation and utilization of judicial resources"). Here, the transfer and consolidation of this action to the Northern District with the other California Actions as *In Re California Title Insurance Antitrust Litigation* will expedite pretrial proceedings, reduce case duplication, and minimize the expenditure of time and money by all persons concerned. Consolidating this action not only simplifies pretrial and discovery motions, class action issues, and clerical and administrative management duties, but it also reduces the confusion and delay that may result from prosecuting related class-action cases separately. The case involves similar issues related to any motions to dismiss, class

1  certification, and summary judgment that may be made *In re California Title Insurance*

2  *Antitrust Litigation*. The same discovery and damage analyses will be relevant to both this case

3  and those cases consolidated before Judge White in *In Re California Title Insurance Antitrust*

4  *Litigations*. The "interest of justice" is furthered by transferring this case to the Northern

5  District of California.

6  **IV.    CONCLUSION**

7      For all the above reasons and in order to promote efficiency and judicial economy,

8  Plaintiffs respectfully request that the Court grant the unopposed motion to transfer this action

9  to the Northern District of California to be consolidated with *In Re California Title Insurance*

10  *Antitrust Litigation* before the Hon. Jeffrey White.

11  DATED: August 11, 2008                        Respectfully submitted,

12                                                BARRACK, RODOS & BACINE
                                                  STEPHEN R. BASSER
13                                                JOHN L. HAEUSSLER

14                                                _____/s/ John L. Haeussler_____
15                                                JOHN L. HAEUSSLER

16                                                One America Plaza
                                                  600 West Broadway, Suite 900
17                                                San Diego, CA 92101
                                                  Telephone: (619) 230-0800
18                                                Facsimile: (619) 230-1874

19
                                                  BARRACK, RODOS & BACINE
20                                                GERALD J. RODOS
                                                  JEFFREY GITTLEMAN
21                                                3300 Two Commerce Square
                                                  2001 Market Street
22                                                Philadelphia, PA 19103
                                                  Telephone: (215) 963-0600
23                                                Facsimile: (215) 963-0838

24                                                Attorneys for Plaintiffs Louis and Silvia
                                                  Martinez
25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

*Martinez v. Fidelity, et al.*
Case No.: 08-cv-00499-L-WMC

3

4

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101; and that on August 11, 2008, I served true copies of the attached:

5

6

7

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO TRANSFER VENUE**

8

9

to the parties listed on the attached Service List by the following means of service:

10

☒  **BY E-FILE:**  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

11

12

☒  **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

13

☐  **BY MAIL**:   I placed true copies in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date.   I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

14

15

16

17

☒  **BY UPS:**    I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date.  It was deposited with UPS on that same day in the ordinary course of business and there is a regular communication via UPS between the place of mailing and the place so addressed.

18

19

20

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 11th day of August, 2008.

21

22

23

_____
CINDY ORIHUELA

24

25

26

27

28

## SERVICE LIST
## California Title Insurance

**Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY**

James I. Serota, Esq. (serotaj@gtlaw.com)
Kenneth Lapatine, Esq. (lapatinek@gtlaw.com)
Stephen L. Saxl, Esq. (saxls@gtlaw.com)
Anastasia Angelova, Esq. (angelovaa@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400

**Attorney for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY AND SECURITY UNION TITLE INSURANCE COMPANY**

Bryan Sullivan, Esq. (bsullivan@chrisglase.com)
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7819
Facsimile:  (310) 556-2920

**Attorney for Defendants LANDAMERICA**
**FINANCIAL GROUP, INC., COMMONWEALTH**
**LAND TITLE INSURANCE CORP., LAWYERS**
**TITLE INSURANCE CORPORATION AND**
**TRANSNATION TITLE INSURANCE**
**COMPANY**

Phillip E. Stano, Esq. (phillip.stano@sutherland.com)
SUTHERLAND
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone: (202) 383-0261
Facsimile:  (202) 637-3563

**Attorney for Defendants STEWART TITLE**
**GUARANTY COMPANY AND STEWART**
**TITLE INSURANCE COMPANY**

Samuel R. Miller, Esq. (srmiller@sidley.com)
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile:  (415) 772-7400

1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   One America Plaza
4  600 West Broadway, Suite 900
   San Diego, CA 92101
5  Telephone: (619) 230-0800
   Facsimile: (619) 230-1874
6
   Attorneys for Plaintiffs
7

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

12  LOUIS AND SILVIA MARTINEZ, on      )  Case No.: 08-cv-00499-L-WMC
    behalf of themselves and all other similarly  )
13  situated,                          )
                                       )
14          Plaintiffs,                )  DECLARATION OF JOHN L.
                                       )  HAEUSSLER IN SUPPORT OF
15          vs.                        )  PLAINTIFFS' UNOPPOSED MOTION TO
                                       )  TRANSFER VENUE
16  FIDELITY NATIONAL FINANCIAL,       )
    INC., FIDELITY NATIONAL TITLE      )
17  INSURANCE COMPANY, TICOR TITLE     )
    INSURANCE COMPANY, TICOR TITLE     )
18  INSURANCE COMPANY OF FLORIDA,      )
    CHICAGO TITLE INSURANCE            )
19  COMPANY, NATIONAL TITLE            )
    INSURANCE OF NEW YORK, INC.,       )
20  SECURITY UNION TITLE INSURANCE     )
    COMPANY, THE FIRST AMERICAN        )
21  CORPORATION, FIRST AMERICAN        )
    TITLE INSURANCE COMPANY,           )
22  UNITED GENERAL TITLE INSURANCE     )
    COMPANY, LANDAMERICA              )
23  FINANCIAL GROUP, INC.,             )
    COMMONWEALTH LAND TITLE            )
24  INSURANCE COMPANY, LAWYERS         )
    TITLE INSURANCE CORPORATION,       )
25  TRANSNATION TITLE INSURANCE        )  SPECIAL BRIEFING SCHEDULE
    COMPANY, STEWART TITLE             )  ORDERED
26  GUARANTY COMPANY and STEWART       )
    TITLE INSURANCE COMPANY            )
27                                     )  ORAL ARGUMENT NOT REQUIRED
            Defendants.                )
28

1        I, John L. Haeussler, declare as follows:

2        1.    I am an attorney duly licensed by the State of California and am admitted to

3    practice before this Court. I am an associate of Barrack, Rodos & Bacine, attorneys of record for

4    plaintiffs Louis and Silvia Martinez. I make this declaration pursuant to 28 U.S.C. §1746. The

5    matters set forth herein are within my personal knowledge, and if called and sworn as a witness

6    I could competently testify regarding them.

7        2.    I have spoken to and have had email communications with attorneys of

8    Greenberg Traurig, LLP, who have represented they are authorized to speak for all defendants

9    regarding their non-opposition to the accompanying motion to transfer and that defendants do

10    not oppose transfer of this action to the Northern District of California as sought in the

11    accompanying transfer Motion.

12        3.    Attached hereto as Exhibit A is the order by Judge White consolidating this

13    action with *In Re California Title Insurance Antitrust Litigation,* Case No. 08-1341-JSW, upon

14    transfer to the Northern District of California.

15        I declare under penalty of perjury under the laws of the State of California that the

16    foregoing is true and correct. Executed this 11th day of August, 2008, at San Diego, California.

17

18

19                   By:    /s/ John L. Haeussler
                        JOHN L. HAEUSSLER

20

21

22

23

24

25

26

27

28

UNOPPOSED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO TRANSFER VENUE
Case No.: 08-cv-00499-L-WMC

# EXHIBIT A

1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

11   LYNN BARTON, On Behalf of Herself and all  )        No. 08-cv-1341 JSW
     Others Similarly Situated,                 )        No. 08-cv-1374 JSW
12                                              )        No. 08-cv-1928 MEJ
                                 Plaintiff,     )        No. 08-cv-3391 JSW
13                                              )
           v.                                   )        **[PROPOSED] ORDER GRANTING**
14                                              )        **UNOPPOSED MOTION TO**
     FIDELITY NATIONAL FINANCIAL, INC.,         )        **CONSOLIDATE RELATED**
15   FIDELITY NATIONAL TITLE INSURANCE          )        **ACTIONS FOR ALL PURPOSES**
     COMPANY, TICOR TITLE INSURANCE             )
16   COMPANY, TICOR TITLE INSURANCE             )
     COMPANY OF FLORIDA, CHICAGO TITLE          )
17   INSURANCE COMPANY, NATIONAL TITLE          )
     INSURANCE OF NEW YORK, INC.,               )
18   SECURITY UNION TITLE INSURANCE             )
     COMPANY, THE FIRST AMERICAN                )
19   CORPORATION, FIRST AMERICAN TITLE          )
     INSURANCE COMPANY, UNITED                  )
20   GENERAL TITLE INSURANCE COMPANY,           )
     LANDAMERICA FINANCIAL GROUP, INC.,         )
21   COMMONWEALTH LAND TITLE                    )
     INSURANCE COMPANY, LAWYERS TITLE           )
22   INSURANCE CORPORATION,                     )
     TRANSNATION TITLE INSURANCE                )
23   COMPANY, STEWART TITLE GUARANTY            )
     COMPANY and STEWART TITLE                  )
24   INSURANCE COMPANY,                         )
                                                )
25                               Defendants.    )
                                                )
26   _____        ACTION FILED:  March 10, 2008

27

28

010031-17 251275 V1

The Court, having considered the papers filed in support of the motion by the parties in the above-captioned cases to consolidate these actions, and, for good cause shown, hereby enters the following Order:

1.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following related actions are to be consolidated for all purposes, including, but not limited to, discovery and all pretrial and trial proceedings:

| ABBREVIATED CASE NAME | CASE NO. | DATE FILED |
|---|---|---|
| *Barton v. Fidelity National Financial, Inc. et al.* | 08-1341-JSW | 03/10/08 |
| *Gentilcore v. Fidelity National Financial, Inc. et al.* | 08-1374-JSW | 03/11/08 |
| *Blackwell v. Fidelity National Financial, Inc. et al.* | 08-1928-MEJ | 4/11/08 |
| *Romero v. Fidelity National Financial, Inc. et al.* | 08-3391-JSW | 7/14/08 |

2.    A Master Docket and a Master File are hereby established for the consolidated actions.

3.    The following actions, now pending in other districts within California shall be consolidated for all purposes, including, but not limited to, discovery and all pretrial and trial proceedings, upon the transfer of such cases to this District:

| ABBREVIATED CASE NAME | CASE NO. | DATE FILED |
|---|---|---|
| *Martinez v. Fidelity National Financial, Inc. et al.* | 08-0499-MJL (S.D. Cal.) | 03/18/08 |
| *Davis v. Fidelity National Financial, Inc. et al.* | 08-1897-DSF (C.D. Cal.) | 03/20/08 |
| *Kothari v. Fidelity National Financial, Inc. et al.* | 08-0440-DSF (C.D. Cal.) | 4/23/08 |
| *Magana v. Fidelity National Financial, Inc. et al.* | 08-0591-DSF (C.D. Cal.) | 5/28/08 |
| *Moynahan v. Fidelity National Financial, Inc. et al.* | 08-0620-AHS (C.D. Cal.) | 6/04/08 |

4.    The consolidated actions shall be identified as *In re California Title Insurance Antitrust Litigation*, Civil Action No. 08-CV-1341-JSW.  Any other actions now pending or later filed in or transferred into this District that arise out of the same facts and claims alleged in the related actions shall be consolidated for all purposes, if and when they are brought to the Court's attention.

5.    Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | |
| --- | --- |
| | File No:  08-CV-1341-JSW |
| THIS DOCUMENT RELATES TO: | CLASS ACTION |

6.    When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.

7.    When a pleading is intended to be applicable only to some, but not all, of the consolidated actions, the Court's docket number for each individual action to which the pleading is intended to be applicable and the last name of the first-named plaintiff in the action shall appear immediately after the words "This Document Relates To:" in the caption set out above.

8.    When a document is filed and the caption shows that it is to be applicable to less than all of the consolidated actions, the clerk shall file the document in the Master File, and shall note the filing in both the Master Docket and the docket of each applicable action.

9.    When a case related to the subject matter of the consolidated actions is filed in this Court or transferred to this Court from another court, the clerk of this Court shall:

    a.    Place a copy of this Order in the separate file for such action, after notification to counsel, who shall mail to the attorneys for the plaintiffs in the newly-filed or transferred case a copy of this Order and direct that this

[PROPOSED] ORDER CONSOLIDATING CALIFORNIA ACTIONS - 08-cv-1341-JSW          - 2 -
010031-17 251275 V1

1    Order be served upon or mailed to any new defendants in the newly-filed or

2    transferred case; and

3        b.    Make an appropriate entry on the Master Docket.  This Court requests the

4    assistance of counsel in calling the attention of the clerk of this Court to the

5    filing or transfer of any new case which may properly be consolidated as

6    part of *In re California Title Insurance Antitrust Litigation*.

7        10.    California Plaintiffs shall file a Consolidated Complaint within thirty (30) days of

8    the later of appointment of Interim Class Counsel or receipt in this District of the last case set forth

9    as related in this litigation.  Defendants' answer or other responsive pleadings are due forty-five

10    (45) days following the filing of the Consolidated Complaint.  The deadline set forth in this Court's

11    Initial Scheduling Order for the Rule 26(f) conference is extended until ten (10) days following the

12    filing of Defendants' Answers, or in the event Defendants file motions to dismiss, 10 days after the

13    Court's ruling on those motions, with corresponding extensions of the additional deadlines set forth

14    in the Initial Scheduling Order.

15        ORDERED this 24th day of July_____ , 2008.

16

17                    _____
                     The Honorable Jeffrey S. White

18                    United States District Court Judge

19    DATE:  July 23, 2008

20    Submitted by:

21    HAGENS BERMAN SOBOL SHAPIRO LLP

22    By    /s/  Reed R. Kathrein
            REED R. KATHREIN

23

24    Jeff D. Friedman (173886)
     715 Hearst Avenue, Suite 202
25    Berkeley, CA 94710
     Telephone: (510) 725-3000
26    Facsimile: (510) 725-3001
     jefff@hbsslaw.com
27    reed@hbsslaw.com

28    Attorneys for Plaintiffs Barton and Gentilcore

[PROPOSED] ORDER CONSOLIDATING CALIFORNIA        - 3 -
ACTIONS - 08-cv-1341-JSW
010031-17 251275 V1

1

**CERTIFICATE OF SERVICE**

2

*Martinez v. Fidelity, et al.*
Case No.: 08-cv-00499-L-WMC

3

4

     I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101; and that on August 11, 2008, I served true copies of the attached:

5

6

7

     **DECLARATION OF JOHN L. HAEUSSLER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO TRANSFER VENUE**

8

9

to the parties listed on the attached Service List by the following means of service:

10

☒   **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

11

☒   **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

12

13

☐   **BY MAIL**:   I placed true copies in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

14

15

16

17

☒   **BY UPS**:   I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It was deposited with UPS on that same day in the ordinary course of business and there is a regular communication via UPS between the place of mailing and the place so addressed.

18

19

20

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th day of August, 2008.

21

22

23

                                    _____
                                       CINDY ORIHUELA

24

25

26

27

28

1

DECL. OF JOHN L. HAEUSSLER IN SUPP. OF UNOPPOSED MOT. TO TRANS VENUE
Case No.: 08-cv-00499-L-WMC

<u>SERVICE LIST</u>
<u>California Title Insurance</u>

**<u>Attorneys for Defendants THE FIRST
AMERICAN CORPORATION, FIRST
AMERICAN TITLE INSURANCE COMPANY,
and UNITED GENERAL TITLE INSURANCE
COMPANY</u>**

James I. Serota, Esq. (serotaj@gtlaw.com)
Kenneth Lapatine, Esq. (lapatinek@gtlaw.com)
Stephen L. Saxl, Esq. (saxls@gtlaw.com)
Anastasia Angelova, Esq. (angelovaa@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400

**<u>Attorney for Defendants FIDELITY NATIONAL
FINANCIAL, INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY, TICOR TITLE
INSURANCE COMPANY, TICOR TITLE
INSURANCE COMPANY OF FLORIDA,
CHICAGO TITLE INSURANCE COMPANY
AND SECURITY UNION TITLE INSURANCE
COMPANY</u>**

Bryan Sullivan, Esq. (bsullivan@chrisglase.com)
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL
& SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7819
Facsimile:  (310) 556-2920

**Attorney for Defendants LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE CORP., LAWYERS TITLE INSURANCE CORPORATION AND TRANSNATION TITLE INSURANCE COMPANY**

Phillip E. Stano, Esq. (phillip.stano@sutherland.com)
SUTHERLAND
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone: (202) 383-0261
Facsimile:  (202) 637-3563

**Attorney for Defendants STEWART TITLE GUARANTY COMPANY AND STEWART TITLE INSURANCE COMPANY**

Samuel R. Miller, Esq. (srmiller@sidley.com)
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile:  (415) 772-7400