## UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

August 18, 2008

Clerk, U.S. District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

Re: Louis Martinez, et al. v. Fidelity National Financial, Inc., et al., Case No. 3:08–cv–00499–L–WMC

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    W. Samuel Hamrick, Jr.,
    Clerk of the Court

    By: s/ M. Jenkins, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: