CLOSED

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:08−cv−00499−L−WMC

| | |
|---|---|
| Martinez v. Fidelity National Financial, Inc. et al | Date Filed: 03/18/2008 |
| Assigned to: Judge M. James Lorenz | Date Terminated: 08/18/2008 |
| Referred to: Magistrate Judge William McCurine, Jr | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question: Anti−trust | Nature of Suit: 410 Anti−Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Louis Martinez**  represented by  **John Lindsay Haeussler**
*on behalf of himself and others similarly*  Barrack, Rodos &Bacine
*situated*  One America Plaza
  600 West Broadway
  Suite 900
  San Diego, CA 92101
  (619) 230−0800
  Fax: (619) 230−1874
  Email: jhaeussler@barrack.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Stephen Richard Basser**
  Barrack Rodos and Bacine
  One America Plaza
  600 West Broadway
  Suite 900
  San Diego, CA 92101
  (619)230−0800
  Fax: (619)230−1874
  Email: sbasser@barrack.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silvia Martinez**  represented by  **John Lindsay Haeussler**
*on behalf of herself and all others similarly*  (See above for address)
*situated*  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Stephen Richard Basser**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fidelity National Financial, Inc.**

**Defendant**

**Fidelity National Title Insurance Company**

**Defendant**

**Ticor Title Insurance Company**

**Defendant**

**Ticor Title Insurance Company of Florida**

**Defendant**

**Chicago Title Insurance Company**

**Defendant**

**National Title Insurance of New York, Inc.**

**Defendant**

**Security Union Title Insurance Company**

**Defendant**

**The First Ammeican Corporation**

**Defendant**

**First American Title Insurance Company**

**Defendant**

**United General Title Insurance Company**

**Defendant**

**Landamerica Financial Group, Inc.**

**Defendant**

**Commonwealth Land Title Insurance Company**

**Defendant**

**Lawyers Title Insurance Corporation**

**Defendant**

**Transnation Title Insurance Company**

**Defendant**

**Stewart Title Guaranty Company**

**Defendant**

**Stewart Title Insurance Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2008 | Ï 1 | COMPLAINT with Jury Demand against all defendants ( Filing fee $ 350 receipt number 148885.), filed by Louis and Silvia Martinez.(tpo) (kaj). (Entered: 03/18/2008) |
| 03/18/2008 | Ï 2 | Summons Issued as to Security Union Title Insurance Company, The First Ammeican Corporation, First American Title Insurance Company, United General Title Insurance Company, Landamerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, Stewart Title Guaranty Company, Stewart Title Insurance Company, Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, National Title Insurance of New York, Inc. (tpo) (Entered: 03/18/2008) |
| 05/15/2008 | Ï 3 | NOTICE of Appearance of Edward A. Wallace, t/w Joinder and Certificate of Service. (mjj) (Entered: 05/23/2008) |
| 07/16/2008 | Ï 4 | NOTICE of Change of Address by John Lindsay Haeussler (Haeussler, John) Modified on 7/17/2008 – sent email re electronic signature (mjj) (Entered: 07/16/2008) |
| 07/29/2008 | Ï 5 | NOTICE OF HEARING: Dismissal for Want of Prosecution Pursuant to FRCvP 4(m) Hearing set for 8/25/2008 10:30 AM in Courtroom 14 before Judge M. James Lorenz. (smv) (Entered: 07/29/2008) |
| 08/07/2008 | Ï 6 | MOTION to Shorten Time *Ex Parte Application for an Order Shortening Time for Notice of Hearing on Plaintiffs' Unopposed Motion and Memorandum of Points and Authorities to Transfer Venue* by Silvia Martinez, Louis Martinez. (Haeussler, John) (mjj) (Entered: 08/07/2008) |
| 08/07/2008 | Ï 7 | Document Stricken from the Record pursuant to 8 Order – MOTION for Change Venue *and Memorandum of Points and Authorities* by Silvia Martinez, Louis Martinez. (Attachments: # Declaration of John L. Haeussler, # Exhibit A to Declaration of John L. Haeussler)(Haeussler, John) Modified on 8/8/2008 – sent DO to chambers re separate memo of points and authorities (mjj) (Attachment(s) added on 8/8/2008 to replace stricken document) (mjj). Modified on 8/8/2008 to add striking text (mjj) (Entered: 08/07/2008) |
| 08/08/2008 | Ï 8 | Notice of Document Discrepancy and Order Thereon by Judge M. James Lorenz Rejecting Document: 7 Unopposed Motion to Transfer Venue from Plaintiffs Silvia Martinez, Louis Martinez. Non–compliance with local rule(s), Civ. L. Rule 7.1 or 47.1: Lacking memorandum of points and authorities in support as a separate document, OTHER: Insufficient proof of service: Lacking service list; service by e–filing insufficient for defendants who have not yet appeared (ECF 2(d)). IT IS HEREBY ORDERED: The document is rejected. It is ordered that the Clerk STRIKE the document from the record, and serve a copy of this order on all parties. Signed by Judge M. James Lorenz on 8/8/2008. (mjj) (Entered: 08/08/2008) |
| 08/08/2008 | Ï 9 | ORDER Granting 6 Plaintiffs' Ex Parte Motion to Shorten Time and Briefing Schedule. Plaintiffs motion to transfer venue due 8/12/08. Defendants opposition or non–opposition due 8/15/08, Plaintiff's reply due 8/19/08. The hearing date of of Plaintiff's motion to transfer venue currently set for 9/2/08 at 10:30 am is VACATED. Immediately upon receipt of this order, Plaintiffs shall serve it on Defendants by means reasonably calculated to reach them no later than Monday, 8/12/08. Signed by Judge M. James Lorenz on 8/8/2008. (mjj) (Entered: 08/08/2008) |
| 08/11/2008 | Ï 10 | MOTION for Change Venue by Silvia Martinez, Louis Martinez. (Attachments: # 1 Memo of Points and Authorities in Support of Plaintiffs' Unopposed Motion to Transfer Venue, # 2 Declaration of John L. Haeussler in Support of Plaintiffs' Unopposed Motion to Transfer |

| | | |
|---|---|---|
| | | Venue)(Haeussler, John) (mjj) (Entered: 08/11/2008) |
| 08/14/2008 | 11 | NON Opposition re 10 MOTION for Change Venue filed by The First Ammeican Corporation, First American Title Insurance Company, United General Title Insurance Company. (Merideth, Frank) (mjj) (Entered: 08/14/2008) |
| 08/18/2008 | 12 | Order Granting 10 Plaintiffs' Unopposed Motion to Transfer Venue: Case transferred to District of Northern District of California. Files transferred electronically to: *Northern District of California**280 South 1st Street**San Jose, CA 95113*. Signed by Judge M. James Lorenz on 8/15/2008. (mjj) (Entered: 08/18/2008) |